IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BROADSTRIPE, LLC, *ET AL.*, | ) | Case No. 09-10006 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Hearing Date: February 23, 2009 at 1:00 p.m. |
| | ) | Objection Deadline: February 17, 2009 at 4:00 p.m. |

## APPLICATION FOR AUTHORITY TO EMPLOY AND RETAIN KASOWITZ, BENSON, TORRES & FRIEDMAN LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors (the "Committee") of Broadstripe, LLC and its affiliated debtors and debtor-in-possession (collectively, the "Debtors"), hereby files this application (the "Application") for approval of the Committee's retention of Kasowitz, Benson, Torres & Friedman LLP ("KBTF") as counsel to the Committee *nunc pro tunc* to January 30, 2009, pursuant to sections 328 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and in support thereof respectfully represents as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper in this judicial district pursuant to 28 U.S.C. §§ 1408 and 1409. The predicate for the relief sought herein is contained in Bankruptcy Code sections 328 and 1103, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1.

## BACKGROUND

2. On January 2, 2009 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3. On January 14, 2009, the Office of the United States Trustee for the District of Delaware ("US Trustee") appointed the Committee, the membership of which was subsequently amended as set forth in the US Trustee's notice filed January 28, 2009.

4. The Committee represents the interests of all unsecured creditors of the Debtors pursuant to Bankruptcy Code section 1102.

5. Immediately following its appointment, the Committee retained Otterbourg, Steindler, Houston & Rosen, P.C. ("OSHR"), as its counsel, subject to approval of the Court. OSHR advised and performed services on behalf of the Committee through January 30, 2009. On January 30, 2009, the Committee retained KBTF as its counsel, subject to approval of the Court, thereby replacing OSHR as its counsel.[1]

## APPLICATION TO RETAIN
## KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

6. By this Application, and pursuant to Bankruptcy Code sections 328 and 1103, the Committee seeks an order approving its employment of KBTF as its counsel to perform services in connection with these chapter 11 cases.

7. Bankruptcy Code section 328(a) empowers a committee appointed under Bankruptcy Code section 1102, with the Court's approval, to employ attorneys under Bankruptcy Code section 1103 on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, or on a contingent fee basis, to perform services for such committee.

---

[1] The Committee believes work performed by KBTF did not and will not the duplicate work performed by OSHR prior to its replacement.

2

11 U.S.C. § 328(a). Pursuant to Bankruptcy Code section 1103(b), an attorney employed to represent a committee may not, while employed by such committee, represent any other entity having an adverse interest in connection with the case. 11 U.S.C. § 1103(b). KBTF has advised the Committee that neither KBTF nor any member, counsel or associate thereof holds or represents any other entity, in connection with the pending chapter 11 cases of the Debtors, or having an adverse interest thereto, except as may be set forth in the declaration of David M. Friedman, which is attached hereto as **Exhibit A**.

8. KBTF is a law firm with over 280 attorneys with principal offices at 1633 Broadway, New York, New York, and other offices in Newark, New Jersey, Houston, Texas, Atlanta, Georgia, and San Francisco, California.

9. The Committee seeks to retain KBTF as its attorney during the administration of these cases because of KBTF's expertise in the field of creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code. Accordingly, the Committee believes that KBTF's attorneys are uniquely qualified to represent the Committee in these chapter 11 cases in an efficient and effective manner.

10. KBTF has advised the Committee that it may have in the past represented or opposed, may currently represent or oppose, and may, in the future, represent or oppose, in matters totally unrelated to the Debtors' pending chapter 11 cases, entities that are claimants of the Debtors or are otherwise parties-in-interest (or service providers) in these cases. KBTF has not and will not represent any such parties, or any of their affiliates or subsidiaries, in relation to the Committee or the Debtors. The Committee believes that KBTF is qualified to represent the Committee herein.

11. The professional services for which the Committee desires to employ KBTF include, without limitation, the following:

    a. providing the Committee with legal advice with respect to its rights, duties and powers as an official committee appointed under 11 U.S.C. § 1102;

    b. assisting the Committee in investigating the acts, conduct, assets, liabilities and financial condition of the Debtors, the operation of the Debtors' business and the desirability of the continuance of such business and any other matter relevant to these chapter 11 cases or to the formation of a plan;

    c. taking all necessary actions to protect and preserve the interests of unsecured creditors during the administration of these chapter 11 cases, including, as applicable, prosecuting and defending actions on behalf of the estates;

    d. preparing pleadings and applications as may be necessary in furtherance of the Committee's interest and objectives;

    e. participating in formulating a plan or plans of reorganization;

    f. assisting the Committee in considering and requesting the appointment of a trustee or examiner or conversion, should such action(s) become necessary;

    g. consulting with the Debtors, its professionals and the US Trustee concerning the administration of the Debtors' estates;

    h. representing the Committee in hearings and other judicial proceedings; and

    i. performing such other legal services as may be required and as are deemed to be in the best interests of the Committee and the constituency which it represents.

12. Bankruptcy Code section 328(a) authorizes the employment of a professional person on any reasonable terms and conditions of employment, including on an hourly basis. 11 U.S.C. § 328(a). Subject to this Court's approval, and in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules and the Local Rules, the Committee requests that KBTF be compensated on an hourly basis, plus reimbursement of the actual and necessary expenses that KBTF incurs, in accordance with the ordinary and customary rates that KBTF charges its other clients that are in effect on the date the services are rendered.

## NOTICE

13. Pursuant to Local Rules 2002-1(b) and 2014-1, the Committee has provided notice of this Application to: (i) proposed counsel for the Debtors; (ii) the United States Trustee and (iii) all parties who have requested notice pursuant to Bankruptcy Rule 2002. The Committee submits that no other or further notice is necessary or required under the circumstances.

14. No previous application for the relief sought herein has been made to this or any other Court.

## CONCLUSION

WHEREFORE, the Committee respectfully that the Court enter an order substantially in the form attached hereto authorizing it to employ and retain KBT&F as its counsel, and granting such other and further relief as is just and proper.

Dated: February 5, 2009
Troy, Michigan

Respectfully submitted,

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
BROADSTRIPE, LLC, ET AL.

By: *James Cable, LLC*
Dan Shoemaker, Committee Chairperson

5