IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Broadstripe, LLC, et al., | ) Case No. 09-10006 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re: Docket No. 444 |

**ORDER GRANTING DEBTORS' MOTION FOR ORDER APPROVING PURCHASE AND SALE AGREEMENT AND AUTHORIZING DEBTORS TO PURCHASE CERTAIN REAL PROPERTY IN CHEHALIS, WASHINGTON**

Upon consideration of the *Debtors' Motion for Order Approving Purchase and Sale Agreement and Authorizing Debtors to Purchase Certain Real Property in Chehalis, Washington* (the "Motion")[1] filed by the Debtors, the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; the Court finds that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finds that the relief requested in the Motion is in the best interests of the Debtors, their estates, and the creditors thereof; the Court finds that, under the circumstances, proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; the Court further finds that, upon the record herein after due deliberation thereon, the Debtors have shown good, sufficient, and sound business purpose and justification for the relief requested in the Motion; therefore, cause exists to grant the Motion; accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is **GRANTED** as described herein.

2. The purchase and sale agreement (the "PSA") is approved in its entirety as set forth in Exhibit A to the Motion.

---

[1] All capitalized terms not defined herein shall be given the meaning ascribed to them in the Motion.

1

DALLAS 2034428v.1
00290838;v1

3. The Debtors are authorized to purchase the subject Property and take all necessary actions incidental to closing the transaction.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

SIGNED this 11th day of May, 2009.

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

DALLAS 2034428v.1
00290838;v1