IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **Broadstripe, LLC,** *et al.*, | ) | Case No. 09-10006 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket No. 810 |

**ORDER AUTHORIZING (I) ASSUMPTION AND ASSIGNMENT OF A
NONRESIDENTIAL REAL PROPERTY LEASE, AND (II) SALE OF
CERTAIN DE MINIMIS ASSETS RELATED THERETO**

Upon consideration of the *Debtors' Motion for Order Authorizing (I) Assumption of a Nonresidential Real Property Lease, and (II) Sale of Certain* De Minimis *Assets Related Thereto* (the "Motion"),[1] the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; the Court finds that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finds that the relief requested in the Motion is in the best interests of the Debtors, their estates, and the creditors thereof; the Court finds that, under the circumstances, proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; the Court further finds that, upon the record herein after due deliberation thereon, the Debtors have shown good, sufficient, and sound business purpose and justification for the relief requested in the Motion; therefore, cause exists to grant the Motion; accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED** as described herein.

2. The Debtors are authorized to assume the Notch Butte Lease.

3. There are no outstanding defaults by the Debtors under the Notch Butte Lease, nor any other amounts due to any counterparty or non-Debtor party under such lease.

---

[1] All capitalized terms not defined herein shall be given the meaning ascribed to them in the Motion.

1

HOUSTON 1046921v.1
00331309;v1

4. The Debtors are authorized to assign the Notch Butte Lease to Verizon and to take all reasonable actions that are necessary and appropriate to consummate the assignment.

5. The Debtors are authorized to sell the Notch Butte Equipment to Verizon.

6. The United States Department of the Interior, Bureau of Land Management is deemed to have waived any and all claims it may have against the Debtors and their bankruptcy estates for any penalty, late fee, and any other such fee or charge incurred by the Debtors under the Notch Butte Lease.

7. This Order shall be effective and enforceable immediately upon entry and shall not be stayed pursuant to Bankruptcy Rule 6006.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

SIGNED this __10/5__, 2009.

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE