# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Broadstripe, LLC *et al.*,[1] | ) | Case No. 09-10006 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 1, 2010 AT 10:00 A.M. (PREVAILING EASTERN TIME)

*AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS CANCELLED AT THE DIRECTION OF THE COURT.*

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

1. Debtors' Fourth Motion for Order Enlarging Exclusivity Periods [Docket No. 1047; filed January 15, 2010]

    Response Deadline: February 22, 2010 at 4:00 p.m.

    Response(s) Received: None.

    Related Document(s):

    a. Certificate of No Objection Regarding Debtors' Fourth Motion for Order Enlarging Exclusivity Periods [Docket No. 1124; filed February 24, 2010]

    b. Proposed Form of Order

    **Status: An order was entered on February 25, 2010 [Docket No. 1130]. No hearing is necessary.**

---

[1] The Debtors in these cases, along with the last four digits of the employer identification number for each of the Debtors, are Broadstripe Capital, LLC (3623), Broadstripe, LLC (2790), MDM Systems Northwest, L.L.C., Summit Cablevision, L.P. (7593), CP NW1, L.L.C. (0918), and CP NW2, L.L.C. (0917). MDM Systems Northwest, L.L.C. does not presently have an employer identification number; however, the Debtors are in the process of obtaining one.

[2] **Amended/corrected items appear in bold.**

Dated: March 1, 2010

ASHBY & GEDDES, P.A.

*/s/ Amanda M. Winfree*
Don A. Beskrone (#4380)
Amanda M. Winfree (#4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and -

GARDERE WYNNE SEWELL, LLP
John P. Melko (TX 13919600)
1000 Louisiana, Suite 3400
Houston, TX 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

Michael P. Cooley (TX 24034388)
1601 Elm Street, Suite 3000
Dallas, TX 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

*Counsel to the Debtors and Debtors in Possession*