# EXHIBIT A

# ABRAMS & BAYLISS LLP

20 MONTCHANIN ROAD
SUITE 200
WILMINGTON, DE 19807
302-778-1000

TAX ID NO. 56-2528254

BROADSTRIPE
c/o John P. Melko
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011

Statement Date: January 12, 2011
Statement No. 6777
Account No. 290.03
Page: 1

Re: Special Counsel Post Bankruptcy Filing

## Activities

| Date | Timekeeper | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/16/2010 | | | | | | |
| | EDS | L190 | A104 | Attention to e-mails re hearings | 0.20 | 74.00 |
| | EDS | B160 | A103 | Attention to interim application fee | 0.60 | 222.00 |
| | MDR | B160 | A103 | Draft seventh interim fee application; draft certificates of no objection to twentieth and twenty-first monthly fee applications; convert and e-file all documents | 2.70 | 607.50 |
| | | | | For Current Services Rendered | 3.50 | 903.50 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Eric D. Selden | Associate | 0.80 | $370.00 | $296.00 |
| Michelle Rust | Paralegal | 2.70 | 225.00 | 607.50 |

| | |
|---|---|
| Total Current Work | 903.50 |
| Previous Balance Forward | $10,580.89 |
| **TOTAL AMOUNT DUE (NET TERMS 30 DAYS):** | $11,484.39 |

### Task Code Recapitulation

| Code | Description | Activities | Expenses |
|---|---|---|---|
| B160 | Fee/Employment Applications | 829.50 | 0.00 |
| B100 | Administration | 829.50 | 0.00 |
| L190 | Other Case Assessment, Development and Administration | 74.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 74.00 | 0.00 |

BROADSTRIPE

Re:  Special Counsel Post Bankruptcy Filing

Statement Date:  January 12, 2011
Statement No.            6777
Account No.             290.03
Page:  2

# ABRAMS & BAYLISS LLP

20 MONTCHANIN ROAD
SUITE 200
WILMINGTON, DE 19807

302-778-1000

TAX ID NO. 56-2528254

BROADSTRIPE
c/o John P. Melko
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX  77002-5011

Statement Date:  January 12, 2011
Statement No.              6777
Account No.               290.03
Page:   1

Re:  Special Counsel Post Bankruptcy Filing

## Activities

| | Hours | |
|---|---|---|
| For Current Services Rendered | 3.50 | 903.50 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Eric D. Selden | Associate | 0.80 | $370.00 | $296.00 |
| Michelle Rust | Paralegal | 2.70 | 225.00 | 607.50 |

| | |
|---|---|
| Total Current Work | 903.50 |
| Previous Balance Forward | $10,580.89 |
| **TOTAL AMOUNT DUE (NET TERMS 30 DAYS):** | $11,484.39 |

### Task Code Recapitulation

| | | Activities | Expenses |
|---|---|---|---|
| B160 | Fee/Employment Applications | 829.50 | 0.00 |
| B100 | Administration | 829.50 | 0.00 |
| L190 | Other Case Assessment, Development and Administration | 74.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 74.00 | 0.00 |

# ABRAMS & BAYLISS LLP

20 MONTCHANIN ROAD
SUITE 200
WILMINGTON, DE 19807
302-778-1000

TAX ID No. 56-2528254

| | |
|---|---|
| BROADSTRIPE<br>c/o John P. Melko<br>Gardere Wynne Sewell LLP<br>1000 Louisiana, Suite 3400<br>Houston, TX  77002-5011 | Statement Date:  January 12, 2011<br>Statement No.  6777<br>Account No.  290.03<br>Page:  1 |

Re:  Special Counsel Post Bankruptcy Filing

## Activities

| | Hours | |
|---|---|---|
| For Current Services Rendered | 3.50 | 903.50 |
| Total Current Work | | 903.50 |
| Previous Balance Forward | | $10,580.89 |
| **TOTAL AMOUNT DUE (NET TERMS 30 DAYS):** | | $11,484.39 |

## Task Code Recapitulation

| | | Activities | Expenses |
|---|---|---|---|
| B160 | Fee/Employment Applications | 829.50 | 0.00 |
| B100 | Administration | 829.50 | 0.00 |
| L190 | Other Case Assessment, Development and Administration | 74.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 74.00 | 0.00 |