# EXHIBIT A

# ABRAMS & BAYLISS LLP

20 MONTCHANIN ROAD
SUITE 200
WILMINGTON, DE 19807
302-778-1000

TAX ID No. 56-2528254

BROADSTRIPE
c/o John P. Melko
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011

Statement Date: January 27, 2011
Statement No. 6829
Account No. 290.03
Page: 1

Re: Special Counsel Post Bankruptcy Filing

## Activities

| Date | TK | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/01/2010 | EDS | L210 | A104 | Review proposed order; e-mail re same | 0.20 | 74.00 |
| 12/02/2010 | JMS | L210 | A104 | Attention to hearing agenda | 0.10 | 52.00 |
| 12/06/2010 | MDR | L100 | A104 | Review bankruptcy court docket for objections to fee applications | 0.20 | 45.00 |
| 12/09/2010 | EDS | L210 | A104 | Review filing re settlement | 0.40 | 148.00 |
| 12/10/2010 | JMS | L100 | A104 | Attention to docket and review settlement papers | 0.70 | 364.00 |
| 12/14/2010 | MDR | L100 | A104 | Review court docket for objections to seventh interim fee application | 0.50 | 112.50 |
| 12/22/2010 | JMS | L160 | A103 | Attention to objections to settlement | 0.30 | 156.00 |
| 12/30/2010 | EDS | L210 | A104 | Review recently filed papers | 0.10 | 37.00 |
| | EDS | B160 | A103 | Review and revise October fee application | 0.60 | 222.00 |
| | EDS | L160 | A104 | Review settlement order | 0.20 | 74.00 |
| | | | | For Current Services Rendered | 3.30 | 1,284.50 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Eric D. Selden | Associate | 1.50 | $370.00 | $555.00 |
| Michelle Rust | Paralegal | 0.70 | 225.00 | 157.50 |

BROADSTRIPE                                                          Statement Date:    January 27, 2011
                                                                     Statement No.                  6829
Re:  Special Counsel Post Bankruptcy Filing                          Account No.                  290.03
                                                                                             Page:   2

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| John M. Seaman | Partner | 1.10 | 520.00 | 572.00 |

## Expenses

| | |
|---|---|
| Total Expenses Thru 12/31/2010 | 123.30 |
| Total Current Work | 1,407.80 |
| Previous Balance Forward | $11,484.39 |
| **TOTAL AMOUNT DUE (NET TERMS 30 DAYS):** | $12,892.19 |

## Task Code Recapitulation

| Code | Description | Activities | Expenses |
|---|---|---|---|
| B110 | Case Administration | 0.00 | 123.30 |
| B160 | Fee/Employment Applications | 222.00 | 0.00 |
| B100 | Administration | 222.00 | 123.30 |
| L100 | Case Assessment, Development and Administration | 521.50 | 0.00 |
| L160 | Settlement/Non-Binding ADR | 230.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 751.50 | 0.00 |
| L210 | Pleadings | 311.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 311.00 | 0.00 |

# ABRAMS & BAYLISS LLP

20 MONTCHANIN ROAD
SUITE 200
WILMINGTON, DE 19807
302-778-1000

TAX ID No. 56-2528254

BROADSTRIPE
c/o John P. Melko
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX  77002-5011

Statement Date: January 27, 2011
Statement No. 6829
Account No. 290.03
Page: 1

Re:  Special Counsel Post Bankruptcy Filing

## Activities

| | Hours | |
|---|---|---|
| For Current Services Rendered | 3.30 | 1,284.50 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Eric D. Selden | Associate | 1.50 | $370.00 | $555.00 |
| Michelle Rust | Paralegal | 0.70 | 225.00 | 157.50 |
| John M. Seaman | Partner | 1.10 | 520.00 | 572.00 |

## Expenses

| Date | | | Description | Amount |
|---|---|---|---|---|
| 12/10/2010 | B110 | E101 | Digital Document Reproduction | 1.50 |
| 12/10/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/10/2010 | B110 | E101 | Digital Document Reproduction | 2.50 |
| 12/10/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/10/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/14/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 1.50 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.50 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 1.00 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 1.20 |

BROADSTRIPE

Statement Date:    January 27, 2011
Statement No.    6829
Account No.    290.03

Re:  Special Counsel Post Bankruptcy Filing

Page:  2

| Date | | | Description | Amount |
|---|---|---|---|---|
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.90 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.40 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.40 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.50 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.50 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 1.00 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.70 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 2.50 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.40 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.50 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |

BROADSTRIPE  
Statement Date: January 27, 2011  
Statement No. 6829  
Account No. 290.03  

Re: Special Counsel Post Bankruptcy Filing  
Page: 3

| Date | | | Description | Amount |
|---|---|---|---|---|
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.40 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.50 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.40 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/15/2010 | B110 | E101 | Digital Document Reproduction | 1.00 |
| 12/15/2010 | B110 | E101 | Copying | 0.10 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 1.10 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 1.10 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.90 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 5.20 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.40 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/16/2010 | B110 | E101 | Digital Document Reproduction | 1.40 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.50 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |

Case 09-10006-CSS    Doc 1822-2    Filed 01/27/11    Page 7 of 11

BROADSTRIPE

Re:  Special Counsel Post Bankruptcy Filing

Statement Date: January 27, 2011
Statement No. 6829
Account No. 290.03
Page: 4

| Date | Code | Code | Description | Amount |
|---|---|---|---|---|
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.40 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.40 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 1.10 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/17/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/20/2010 | B110 | E101 | Digital Document Reproduction | 1.20 |
| 12/20/2010 | B110 | E101 | Digital Document Reproduction | 0.90 |
| 12/20/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/20/2010 | B110 | E101 | Digital Document Reproduction | 0.40 |
| 12/20/2010 | B110 | E101 | Digital Document Reproduction | 1.00 |
| 12/20/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/20/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/20/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/20/2010 | B110 | E101 | Digital Document Reproduction | 1.10 |
| 12/20/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/20/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/20/2010 | B110 | E101 | Digital Document Reproduction | 2.20 |
| 12/20/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/22/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/22/2010 | B110 | E101 | Digital Document Reproduction | 1.20 |
| 12/22/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/22/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/22/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/22/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/22/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/22/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/22/2010 | B110 | E101 | Digital Document Reproduction | 0.90 |
| 12/22/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/22/2010 | B110 | E101 | Digital Document Reproduction | 0.90 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.60 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |

BROADSTRIPE

Re:  Special Counsel Post Bankruptcy Filing

Statement Date: January 27, 2011
Statement No. 6829
Account No. 290.03
Page: 5

| Date | | | Description | Amount |
|---|---|---|---|---|
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.30 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.50 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 12/23/2010 | B110 | E101 | Digital Document Reproduction | 0.20 |

Photocopying 123.30

Total Expenses Thru 12/31/2010 123.30

Total Current Work 1,407.80

Previous Balance Forward $11,484.39

**TOTAL AMOUNT DUE (NET TERMS 30 DAYS):** $12,892.19

BROADSTRIPE  
Statement Date: January 27, 2011  
Statement No. 6829  
Account No. 290.03  

Re: Special Counsel Post Bankruptcy Filing  
Page: 6

## Task Code Recapitulation

|  |  | Activities | Expenses |
|---|---|---:|---:|
| B110 | Case Administration | 0.00 | 123.30 |
| B160 | Fee/Employment Applications | 222.00 | 0.00 |
| B100 | Administration | 222.00 | 123.30 |
| L100 | Case Assessment, Development and Administration | 521.50 | 0.00 |
| L160 | Settlement/Non-Binding ADR | 230.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 751.50 | 0.00 |
| L210 | Pleadings | 311.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 311.00 | 0.00 |

## ABRAMS & BAYLISS LLP

20 MONTCHANIN ROAD
SUITE 200
WILMINGTON, DE 19807
302-778-1000

TAX ID NO. 56-2528254

| | |
|---|---|
| BROADSTRIPE<br>c/o John P. Melko<br>Gardere Wynne Sewell LLP<br>1000 Louisiana, Suite 3400<br>Houston, TX  77002-5011 | Statement Date:  January 27, 2011<br>Statement No.  6829<br>Account No.  290.03<br>Page:  1 |

Re:  Special Counsel Post Bankruptcy Filing

### Activities

| | Hours | |
|---|---:|---:|
| For Current Services Rendered | 3.30 | 1,284.50 |

### Expenses

| | |
|---|---:|
| Photocopying | 123.30 |
| Total Expenses Thru 12/31/2010 | 123.30 |
| Total Current Work | 1,407.80 |
| Previous Balance Forward | $11,484.39 |
| **TOTAL AMOUNT DUE (NET TERMS 30 DAYS):** | $12,892.19 |

### Task Code Recapitulation

| | | Activities | Expenses |
|---|---|---:|---:|
| B110 | Case Administration | 0.00 | 123.30 |
| B160 | Fee/Employment Applications | 222.00 | 0.00 |
| B100 | Administration | 222.00 | 123.30 |
| L100 | Case Assessment, Development and Administration | 521.50 | 0.00 |
| L160 | Settlement/Non-Binding ADR | 230.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 751.50 | 0.00 |
| L210 | Pleadings | 311.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 311.00 | 0.00 |

BROADSTRIPE                                                      Statement Date:    January 27, 2011
                                                                 Statement No.                  6829
                                                                 Account No.                  290.03
Re:  Special Counsel Post Bankruptcy Filing
                                                                 Page:   2