# EXHIBIT A

# ABRAMS & BAYLISS LLP

20 MONTCHANIN ROAD
SUITE 200
WILMINGTON, DE 19807
302-778-1000

TAX ID No. 56-2528254

| | |
|---|---|
| BROADSTRIPE | Statement Date: March 25, 2011 |
| c/o John P. Melko | Statement No. 7130 |
| Gardere Wynne Sewell LLP | Account No. 290.03 |
| 1000 Louisiana, Suite 3400 | Page: 1 |
| Houston, TX 77002-5011 | |

Re: Special Counsel Post Bankruptcy Filing

## Activities

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/03/2011 | MDR | B160 | A103 | Prepare Notice of Twenty-Second Fee Application; convert notice, fee application and Exhibit A to pdf, e-file and serve same | 0.50 | 112.50 |
| 01/04/2011 | MDR | B160 | A103 | Prepare and forward copy of Twenty-Second Monthly Fee Application to fee auditor | 0.60 | 135.00 |
| 01/08/2011 | EDS | B160 | A103 | Attention to fee application for November; review November bill | 0.70 | 276.50 |
| 01/19/2011 | MDR | B160 | A103 | Review November 2010 billing invoice for accuracy; update Twenty-Third Monthly Fee Application; draft Twenty-Fourth Monthly Fee Application | 2.20 | 495.00 |
| | JMS | L190 | A104 | Attention to letter from Court re status report | 0.10 | 54.50 |
| 01/24/2011 | EDS | L100 | A103 | Review letter to Chancellor Chandler re case status | 0.20 | 79.00 |
| | EDS | L100 | A105 | Conference with Seaman re letter to Chandler re case status | 0.10 | 39.50 |
| 01/26/2011 | EDS | B160 | A103 | Review and revise Twenty-Third and Twenty-Fourth Fee Applications | 1.20 | 474.00 |
| 01/27/2011 | MDR | B160 | A103 | Update, convert, e-file and serve the November and December fee applications | 0.70 | 157.50 |

BROADSTRIPE                                                Statement Date:   March 25, 2011
                                                           Statement No.              7130
Re:  Special Counsel Post Bankruptcy Filing                Account No.               290.03
                                                                              Page:   2

                                                                           Hours

01/28/2011
   MDR   B160   A101   Prepare copies of November and December's fee
                              applications for Ruhlander and forward same        0.50        112.50
                              For Current Services Rendered                      6.80      1,936.00

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Eric D. Selden | Associate | 2.20 | $395.00 | $869.00 |
| Michelle Rust | Paralegal | 4.50 | 225.00 | 1,012.50 |
| John M. Seaman | Partner | 0.10 | 545.00 | 54.50 |

### Expenses

Total Expenses Thru 01/31/2011                                                               23.50

### Advances

Total Advances Thru 01/31/2011                                                               14.24

Total Current Work                                                                        1,973.74

Previous Balance Forward                                                                $11,636.82

**TOTAL AMOUNT DUE (NET TERMS 30 DAYS):**                                               $13,610.56

### Task Code Recapitulation

|  |  | Activities | Expenses |
|---|---|---|---|
| B110 | Case Administration | 0.00 | 23.50 |
| B160 | Fee/Employment Applications | 1763.00 | 0.00 |
| B100 | Administration | 1,763.00 | 23.50 |
| L100 | Case Assessment, Development and Administration | 118.50 | 14.24 |
| L190 | Other Case Assessment, Development and Administration | 54.50 | 0.00 |
| L100 | Case Assessment, Development and Administration | 173.00 | 14.24 |

# ABRAMS & BAYLISS LLP

20 MONTCHANIN ROAD
SUITE 200
WILMINGTON, DE 19807
302-778-1000

TAX ID NO. 56-2528254

BROADSTRIPE
c/o John P. Melko
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011

Statement Date: March 25, 2011
Statement No.: 7130
Account No.: 290.03
Page: 1

Re: Special Counsel Post Bankruptcy Filing

## Activities

| | Hours | |
|---|---|---|
| For Current Services Rendered | 6.80 | 1,936.00 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Eric D. Selden | Associate | 2.20 | $395.00 | $869.00 |
| Michelle Rust | Paralegal | 4.50 | 225.00 | 1,012.50 |
| John M. Seaman | Partner | 0.10 | 545.00 | 54.50 |

### Expenses

| Date | | | Description | Amount |
|---|---|---|---|---|
| 01/03/2011 | B110 | E101 | Digital Document Reproduction | 1.80 |
| 01/04/2011 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 01/04/2011 | B110 | E101 | Digital Document Reproduction | 0.10 |
| 01/04/2011 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 01/04/2011 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 01/27/2011 | B110 | E101 | Digital Document Reproduction | 4.90 |
| 01/27/2011 | B110 | E101 | Digital Document Reproduction | 0.40 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 1.00 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 1.10 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 0.50 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 1.00 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 1.00 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 0.50 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 1.00 |

BROADSTRIPE  
Statement Date: March 25, 2011  
Statement No. 7130  
Account No. 290.03  
Page: 2

Re: Special Counsel Post Bankruptcy Filing

| Date | Task | Exp | Description | Amount |
|---|---|---|---|---|
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 1.00 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 0.50 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 1.00 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 0.80 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 1.10 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 0.20 |
| 01/28/2011 | B110 | E101 | Digital Document Reproduction | 0.80 |
| | | | Photocopying | 23.50 |
| | | | Total Expenses Thru 01/31/2011 | 23.50 |

Advances

| Date | Task | Exp | Description | Amount |
|---|---|---|---|---|
| 01/31/2011 | L100 | E106 | PACER online access | 14.24 |
| | | | Online Legal Research | 14.24 |
| | | | Total Advances Thru 01/31/2011 | 14.24 |

Total Current Work 1,973.74

Previous Balance Forward $11,636.82

**TOTAL AMOUNT DUE (NET TERMS 30 DAYS):** $13,610.56

Task Code Recapitulation

| Code | Description | Activities | Expenses |
|---|---|---|---|
| B110 | Case Administration | 0.00 | 23.50 |
| B160 | Fee/Employment Applications | 1763.00 | 0.00 |
| B100 | Administration | 1,763.00 | 23.50 |
| L100 | Case Assessment, Development and Administration | 118.50 | 14.24 |
| L190 | Other Case Assessment, Development and Administration | 54.50 | 0.00 |
| L100 | Case Assessment, Development and Administration | 173.00 | 14.24 |

# ABRAMS & BAYLISS LLP

20 MONTCHANIN ROAD
SUITE 200
WILMINGTON, DE 19807
302-778-1000

TAX ID No. 56-2528254

BROADSTRIPE
c/o John P. Melko
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011

Statement Date: March 25, 2011
Statement No. 7130
Account No. 290.03
Page: 1

Re:  Special Counsel Post Bankruptcy Filing

### Activities

| | Hours | |
|---|---|---|
| For Current Services Rendered | 6.80 | 1,936.00 |

### Expenses

| | |
|---|---|
| Photocopying | 23.50 |
| Total Expenses Thru 01/31/2011 | 23.50 |

### Advances

| | |
|---|---|
| Online Legal Research | 14.24 |
| Total Advances Thru 01/31/2011 | 14.24 |
| Total Current Work | 1,973.74 |
| Previous Balance Forward | $11,636.82 |
| **TOTAL AMOUNT DUE (NET TERMS 30 DAYS):** | $13,610.56 |

### Task Code Recapitulation

| | | Activities | Expenses |
|---|---|---|---|
| B110 | Case Administration | 0.00 | 23.50 |
| B160 | Fee/Employment Applications | 1763.00 | 0.00 |
| B100 | Administration | 1,763.00 | 23.50 |
| L100 | Case Assessment, Development and Administration | 118.50 | 14.24 |
| L190 | Other Case Assessment, Development and Administration | 54.50 | 0.00 |
| L100 | Case Assessment, Development and Administration | 173.00 | 14.24 |

# ABRAMS & BAYLISS LLP

20 MONTCHANIN ROAD
SUITE 200
WILMINGTON, DE 19807
302-778-1000

TAX ID No. 56-2528254

BROADSTRIPE
c/o John P. Melko
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011

Statement Date: March 25, 2011
Statement No. 7130
Account No. 290.03
Page: 1

Re: Special Counsel Post Bankruptcy Filing

## Activities

| | Hours | |
|---|---|---|
| For Current Services Rendered | 6.80 | 1,936.00 |

### Expenses

| | |
|---|---|
| Photocopying | 23.50 |
| Total Expenses Thru 01/31/2011 | 23.50 |

### Advances

| | |
|---|---|
| Online Legal Research | 14.24 |
| Total Advances Thru 01/31/2011 | 14.24 |
| Total Current Work | 1,973.74 |
| Previous Balance Forward | $11,636.82 |
| **TOTAL AMOUNT DUE (NET TERMS 30 DAYS):** | $13,610.56 |

### Task Code Recapitulation

| | | Activities | Expenses |
|---|---|---|---|
| B110 | Case Administration | 0.00 | 23.50 |
| B160 | Fee/Employment Applications | 1763.00 | 0.00 |
| B100 | Administration | 1,763.00 | 23.50 |
| L100 | Case Assessment, Development and Administration | 118.50 | 14.24 |
| L190 | Other Case Assessment, Development and Administration | 54.50 | 0.00 |
| L100 | Case Assessment, Development and Administration | 173.00 | 14.24 |

| | | |
|---|---|---|
| BROADSTRIPE | Statement Date: | March 25, 2011 |
| | Statement No. | 7130 |
| Re: Special Counsel Post Bankruptcy Filing | Account No. | 290.03 |
| | | Page: 2 |