# EXHIBIT A

# ABRAMS & BAYLISS LLP

20 MONTCHANIN ROAD
SUITE 200
WILMINGTON, DE 19807
302-778-1000

TAX ID NO. 56-2528254

| | |
|---|---|
| BROADSTRIPE | Statement Date: March 25, 2011 |
| c/o John P. Melko | Statement No. 7131 |
| Gardere Wynne Sewell LLP | Account No. 290.03 |
| 1000 Louisiana, Suite 3400 | Page: 1 |
| Houston, TX 77002-5011 | |

Re:  Special Counsel Post Bankruptcy Filing

## Activities

| Date / Timekeeper | Code | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/02/2011 EDS | B160 | A104 | Review CNO for October fee application | 0.30 | 118.50 |
| 02/03/2011 EDS | B110 | A104 | Review e-mails re filings (.2); review agenda for February 7 hearing (.2) | 0.40 | 158.00 |
| 02/09/2011 MDR | B160 | A103 | Prepare draft of Eighth Interim Fee Application | 0.80 | 180.00 |
| 02/17/2011 MDR | B160 | A103 | Draft Certificates of No Objection to the twenty-third and twenty-fourth fee applications | 2.30 | 517.50 |
| 02/22/2011 EDS | B160 | A103 | Review and revise Eighth Interim Fee Application | 0.60 | 237.00 |
| 02/23/2011 MDR | B160 | A103 | Convert and e-file the Certificate of No Objections for the Twenty-Third and Twenty-Fourth Monthly Fee Applications; update the Eighth Interim Fee Application; convert and e-file same; forward Interim Fee Application to Ruhlander | 0.90 | 202.50 |
| | | | For Current Services Rendered | 5.30 | 1,413.50 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Eric D. Selden | Associate | 1.30 | $395.00 | $513.50 |
| Michelle Rust | Paralegal | 4.00 | 225.00 | 900.00 |

| | | |
|---|---|---|
| BROADSTRIPE | Statement Date: | March 25, 2011 |
| | Statement No. | 7131 |
| Re: Special Counsel Post Bankruptcy Filing | Account No. | 290.03 |
| | | Page: 2 |

## Expenses

| | |
|---|---|
| Total Expenses Thru 02/28/2011 | 0.10 |
| Total Current Work | 1,413.60 |
| Previous Balance Forward | $13,610.56 |
| **TOTAL AMOUNT DUE (NET TERMS 30 DAYS):** | $15,024.16 |

### Task Code Recapitulation

| | | Activities | Expenses |
|---|---|---|---|
| B110 | Case Administration | 158.00 | 0.10 |
| B160 | Fee/Employment Applications | 1255.50 | 0.00 |
| B100 | Administration | 1,413.50 | 0.10 |

# ABRAMS & BAYLISS LLP

20 MONTCHANIN ROAD
SUITE 200
WILMINGTON, DE 19807
302-778-1000

TAX ID NO. 56-2528254

BROADSTRIPE
c/o John P. Melko
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011

Statement Date: March 25, 2011
Statement No. 7131
Account No. 290.03
Page: 1

Re:  Special Counsel Post Bankruptcy Filing

## Activities

|  | Hours |  |
|---|---|---|
| For Current Services Rendered | 5.30 | 1,413.50 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Eric D. Selden | Associate | 1.30 | $395.00 | $513.50 |
| Michelle Rust | Paralegal | 4.00 | 225.00 | 900.00 |

### Expenses

| Date | | | Description | Amount |
|---|---|---|---|---|
| 02/09/2011 | B110 | E101 | Digital Document Reproduction | 0.10 |
|  |  |  | Photocopying | 0.10 |

| | |
|---|---|
| Total Expenses Thru 02/28/2011 | 0.10 |
| Total Current Work | 1,413.60 |
| Previous Balance Forward | $13,610.56 |
| **TOTAL AMOUNT DUE (NET TERMS 30 DAYS):** | **$15,024.16** |

### Task Code Recapitulation

| Code | Description | Activities | Expenses |
|---|---|---|---|
| B110 | Case Administration | 158.00 | 0.10 |
| B160 | Fee/Employment Applications | 1255.50 | 0.00 |
| B100 | Administration | 1,413.50 | 0.10 |

BROADSTRIPE

Re:  Special Counsel Post Bankruptcy Filing

Statement Date: March 25, 2011
Statement No. 7131
Account No. 290.03
Page: 2

# ABRAMS & BAYLISS LLP

20 MONTCHANIN ROAD
SUITE 200
WILMINGTON, DE 19807
302-778-1000

TAX ID No. 56-2528254

BROADSTRIPE
c/o John P. Melko
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011

Statement Date: March 25, 2011
Statement No. 7131
Account No. 290.03
Page: 1

Re: Special Counsel Post Bankruptcy Filing

### Activities

| | Hours | |
|---|---|---|
| For Current Services Rendered | 5.30 | 1,413.50 |

### Expenses

| | |
|---|---|
| Photocopying | 0.10 |
| Total Expenses Thru 02/28/2011 | 0.10 |
| Total Current Work | 1,413.60 |
| Previous Balance Forward | $13,610.56 |
| **TOTAL AMOUNT DUE (NET TERMS 30 DAYS):** | $15,024.16 |

### Task Code Recapitulation

| | | Activities | Expenses |
|---|---|---|---|
| B110 | Case Administration | 158.00 | 0.10 |
| B160 | Fee/Employment Applications | 1255.50 | 0.00 |
| B100 | Administration | 1,413.50 | 0.10 |