## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

Debtor's Name: **Broadstripe, LLC**                Bank: **Capital One**

Bankruptcy Case Number: **09-10006**               Account Number: _____

Date of Confirmation: **January 13, 2012**         Account Type: **Checking**

Reporting Period (month/year): **December/2012**

| | |
|---|---|
| Beginning Cash Balance: | $ 234,739.56 |
| All receipts received by the debtor: | |
|     Cash Sales: | $ 0.00 |
|     Collection of Accounts Receivable: | $ 1,380.81 |
|     Proceeds from Litigation (settlement or otherwise): | $ 47,500.00 |
|     Sale of Debtor's Assets: | $ 0.00 |
|     Capital Infusion pursuant to the Plan: | $ 0.00 |
|     Total of cash received: | $ 48,880.81 |
| Total of cash available: | $ 283,620.37 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 650.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals (inc. final fee apps): | $ 35,720.12 |
| All other disbursements made in the ordinary course: | $ 0.00 |
| Total Disbursements | $ 36,370.12 |
| Ending Cash Balance | $ 247,250.25 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: January 23, 2013          Name/Title: _____

Edward T. Gavin, CTP
*as Liquidating Trustee*
*Broadstripe, LLC*

**Balance Sheet**

| ASSETS | 12/31/2012 | |
|---|---|---|
| Cash (Unrestricted) | 247,250.25 | |
| Cash (Restricted) | 0.00 | |
| Accounts Receivable (Net) | 0.00 | |
| Inventory | 0.00 | |
| Notes Receivable | 0.00 | |
| Prepaid Expenses (retainers, DIP advances) | 0.00 | |
| Other (Attach List) ** | 0.00 | |
| *Total Current Assets* | 247,250.25 | |
| Property, Plant & Equipment | | |
| Real Property & Improvements *** | 0.00 | |
| Machinery & Equipment | 0.00 | |
| Furniture, Fixtures & Office Equipment | 0.00 | |
| Vehicles | 0.00 | |
| Leasehold Improvements | 0.00 | |
| Less: Accumulated Deprec/Depletion | 0.00 | |
| *Total Property, Plant & Equipment* | 0.00 | |
| Due from Affiliates & Insiders | 0.00 | |
| Other (Attach List) **** | 0.00 | |
| *Total Assets* | 247,250.25 | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | 0.00 | |
| Taxes Payable *(estimated accrual)* | 0.00 | |
| Notes Payable | 0.00 | |
| Professional Fees *(per final fee applications)* | 0.00 | |
| Secured Debt | 0.00 | |
| Due to Affiliates & Insiders | 0.00 | |
| Other (Attach List) | 0.00 | |
| *Total Postpetition Liabilities* | 0.00 | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Administrative Debt – Per Plan | 0.00 | |
| Secured Debt - Per Plan | 0.00 | |
| Priority Debt - Per Plan *(estimated)* | 0.00 | |
| Unsecured Debt - Per Plan *(estimated)* | 66,054,634.81 | |
| Other (Attach List) - Per Plan | 0.00 | |
| Total Prepetition Liabilities *(estimated)* | 66,054,634.81 | |
| Total Liabilities | 66,054,634.81 | |
| **Equity** | | |
| Common Stock | 0.00 | |
| Retained Earnings (Deficit) | 0.00 | |
| Total Equity (Deficit) | 0.00 | |
| Total Liabilities & Owners' Equity | 0.00 | |